536

## Philip H. Kantro, Appellee, v. City of Elgin et al., Appellant.

Gen. No. 9,814.

opinion filed February 12, 1943. Perry D. Wells and Geo. D. Carbary, for appellant; Geo. D. Carbary, of counsel; Healy, Beverly & Funk, for appellee; Paul G. Funk, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. Not to be published in full.

## Roscoe J. Todd, Administrator of Estate of Nellie J. Todd, Deceased, Appellant, v. S. S. Kresge Company, Appellee.

Gen. No. 9,843.

opinion filed February 12, 1943; rehearing denied March 17, 1943. Charles G. Seidel and Ernest W. Akemann, for appellant; Ellis & Hamilton, for appellee; Paul M. Hamilton, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. Not to be published in full.